IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILDA LEWIS, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHELLE KING, *Acting* )<br>*Commissioner of Social Security*, )<br>    Defendant. ) | CIVIL ACTION NO. 2:24-00461-N |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Plaintiff, **WILDA LEWIS**, and against the Defendant Commissioner of Social Security, in accordance with the Order entered on this date reversing the Commissioner's final decision reversing the Commissioner's final decision denying Lewis's applications for Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the **13th** day of **February 2025**.

                                              */s/ Katherine P. Nelson*
                                              **KATHERINE P. NELSON**
                                              **UNITED STATES MAGISTRATE JUDGE**